**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7936**

_____

MICHAEL L. JONES,

Plaintiff - Appellant,

versus

JANICE PHILLIPS, head of medical at South
Carolina Department of Corrections; MEDICAL
STAFF, at Manning Correctional Institution;
MEDICAL STAFF, at Lee Correctional
Institution,

Defendants - Appellees.

_____

**No. 04-7955**

_____

MICHAEL L. JONES,

Plaintiff - Appellant,

versus

JANICE PHILLIPS, head of medical at South
Carolina Department of Corrections; MEDICAL
STAFF, at Manning Correctional Institution;
MEDICAL STAFF, at Lee Correctional
Institution,

Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, District Judge. (CA-03-3203-3)

Submitted:  March 25, 2005          Decided:  April 12, 2005

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael L. Jones, Appellant Pro Se. Edgar Lloyd Willcox, II, WILLCOX, BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael L. Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Phillips, No. CA-03-3203-3 (D.S.C. Oct. 27, 2004). Jones' motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED